**IN RE: Lionel Dewitt NUNN, Petitioner**

No. 16-3105
September Term, 2016

United States Court of Appeals,
District of Columbia Circuit.

Filed: 11/18/2016

Gary Proctor, Attorney, Law Offices of Gary E. Proctor, LLC, Baltimore, MD, for Petitioner.

## ORDER

Upon consideration of petitioner's motion for voluntary dismissal of the petition for writ of mandamus, it is

**ORDERED** that the motion be granted and this case be dismissed.

**William PIERCE, Appellee**

v.

**DISTRICT OF COLUMBIA, Appellant**

No. 16-7078
September Term, 2016

United States Court of Appeals,
District of Columbia Circuit.

Filed: 11/29/2016

James Elmer Rocap, III, Damon J. Kalt, Nina Thanawala, Attorneys, Steptoe &

Johnson LLP, Arthur B. Spitzer, American Civil Liberties Union of the National Capital Area, Washington, DC, for Plaintiff–Appellee.

Daniel Patrick Struck, Esquire, Managing Senior Counsel, Nicholas D. Acedo, Esquire, Attorney, Struck Wieneke & Love, PLC, Chandler, AZ, for Defendant–Appellant.

## ORDER

Upon consideration of the stipulation of dismissal, it is

**ORDERED** that the Clerk note on the docket that this case is dismissed. No mandate will issue.